**Order filed October 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00499-CR**
**NO. 14-14-00500-CR**

_____

**KHALON JAVON WESTBROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1342448 & 1342449**

---

## ORDER

The reporter's record in these cases was due **August 11, 2014**. *See* Tex. R. App. P. 35.1. This court granted the court reporter, **Gayle Patterson,** two extensions of time to file the record until October 11, 2014. When the second extension was granted, the court noted no further extensions would be granted absent exceptional circumstances. On October 10, 2014, the court reporter

requested a third extension of time to file the record, but she did not provide any explanation. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gayle Patterson**, the court reporter for these appeals, to file the record in this appeal on or before **November 11, 2014**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Gayle Patterson does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM